**Dismissed and Memorandum Opinion filed May 23, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00304-CV

---

## IN THE INTEREST OF A.R., A CHILD

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-00382J**

---

## MEMORANDUM OPINION

This is an appeal from a final decree for termination. *See* Tex. Fam. Code Ann. § 161.001(b). The final decree was signed February 29, 2024. Appellant filed a notice of appeal on April 22, 2024.

An appeal in a parental termination suit is accelerated. Tex. R. App. P. 28.4(a)(2)(A). A notice of appeal in an accelerated case must be filed within twenty days after the judgment is signed. Tex. R. App. P. 26.1(b). The deadline may be extended by fifteen days if, within that fifteen–day period, appellant files the notice of appeal in the trial court and a motion for extension of time in the court

of appeals. *See* Tex. R. App. P. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Unlike in a non-accelerated appeal, a timely-filed motion for new trial does not extend the deadline to file the notice of appeal in an accelerated appeal. *In re K.A.F.*, 160 S.W.3d 923, 926–27 (Tex. 2005).

Appellant's notice of appeal was due March 20, 2024, but was not filed until April 22, 2024. *See* Tex. R. App. P. 26.1(b). A court of appeals lacks jurisdiction to hear an appeal that was not timely perfected. When the court lacks jurisdiction, it must dismiss the appeal. *See Baker v. Baker*, 469 S.W.3d 269, 272 (Tex. App.—Houston [14th Dist.] 2015, no pet.).

On May 1, 2024, we notified appellant that we would dismiss this appeal for lack of jurisdiction if no party demonstrated meritorious grounds for retaining the appeal within 10 days. Appellant filed no response.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.